# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**CASE NO.**

KARLA J. GUERRERO,
and others similarly situated,

    Plaintiff,

v.

ISLAS CANARIAS SOUTH, INC.,

    Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, **ISLAS CANARIAS SOUTH, INC.** (**Defendant**"), pursuant to 28 U.S.C. §§ 1441 and 1446, files its Notice of Removal of the above action pending before the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, being the district in which the action is pending. In support of this Notice of Removal, Defendant respectfully states as follows:

    1. On November 29, 2016, Plaintiff **KARLA J. GUERRERO** ("**Plaintiff**") filed a one-count Complaint and summons against Defendant in the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida (Case No. 2016-030535-CA-01), alleging one cause of action for overtime pay under the Fair Labor Standards Act ("**FLSA**"), 29 U.S.C. §§ 206, 207, against Defendant.

    2. On January 9, 2017, Defendant accepted service of the Complaint. Therefore, the time for filing this Notice of Removal under 28 U.S.C. 1446(b) has not yet expired.

3. A true and correct copy of the Complaint and other documents served upon Defendant are filed herewith. No other pleadings or orders have been filed, entered, served, or purportedly served upon Defendants at this time.

4. The lawsuit was brought pursuant to a federal statute, the FLSA. The action is, therefore, a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1337(a), and one which may be removed by Defendant to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

5. Defendant respectfully requests that the United States District Court for the Southern District of Florida accept this Notice of Removal and that it assume jurisdiction of this cause and issue such further orders and process as may be necessary to bring before it all parties necessary for the trial hereof.

**WHEREFORE**, Defendant respectfully requests that the Court enter an order causing the above-entitled action to be removed to this Court for further proceedings; that this Court take jurisdiction herein; and that this Court grant Defendant such other and further relief as this Court deems just and proper.

SHUTTS.COM | FORT LAUDERDALE | MIAMI | ORLANDO | SARASOTA | TALLAHASSEE | TAMPA | WEST PALM BEACH

Respectfully submitted,

**SHUTTS & BOWEN LLP**
Attorneys for Defendant
200 S. Biscayne Boulevard
Suite 4100
Miami, Florida 33131
(305) 347-7337
(305) 347-7837 (Facsimile)
rllorens@shutts.com


By: *s/ Rene Gonzalez-LLorens*
    Rene Gonzalez-LLorens
    Florida Bar No. 53790


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Removal was sent via e-mail on this 8th day of February, 2017, to:

Eddy O. Marban, Esq.
The Law Offices Of Eddy O. Marban
1600 Ponce De Leon Boulevard
Suite 902
Coral Gables, Florida 33134
Telephone: (305) 448-9292
Facsimile: (305) 448-9477
E-Mail: marbanlaw@gmail.com
*Attorneys for Plaintiff*

    *s/ Rene Gonzalez-LLorens*
    Of Counsel